| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Loreen Ann Lindsey | Social Security number or ITIN xxx–xx–8312 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of Minnesota | |
| Case number: | 26–41118 | |

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Loreen Ann Lindsey

**By the court:** Katherine A. Constantine
United States Bankruptcy Judge

7/14/26

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court

District of Minnesota

In re:                                                                              Case No. 26-41118-KAC

Loreen Ann Lindsey                                                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0864-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 15, 2026 | Form ID: mnbb318 | Total Noticed: 21 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Loreen Ann Lindsey, 2090 279th Ave NE, Isanti, MN 55040-5212 |
| 63628602 | + Hsbc Bank Nevada N.A., 200 Somerset Blvd, PO Box 5924, Bridgewater NJ 08807-5924 |
| 63628609 | Schwiegert Klemin & McBride, 1915 Northy Kavany Dr, Ste 2, Bismarck ND 58501 |
| 63628611 | + UHG LLC, 6400 Sheridan Dr, Ste 138, Wiliamsville NY 14221-4842 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + EDI: MINNDEPREV.COM | Jul 16 2026 02:18:00 | Minnesota Department of Revenue, Bankruptcy Section, PO BOX 64447, St Paul, MN 55164-0447 |
| smg | + Email/Text: ustpregion12.mn.ecf@usdoj.gov | Jul 15 2026 22:28:00 | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| smg | + Email/Text: USAMN.BNC.Bankruptcy@usdoj.gov | Jul 15 2026 22:28:00 | United States Attorney, 600 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| 63636917 | EDI: ATLASACQU | Jul 16 2026 02:18:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 63628596 | + EDI: CAPITALONE.COM | Jul 16 2026 02:18:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 63628597 | + EDI: CAPITALONE.COM | Jul 16 2026 02:18:00 | Capital One, N.A, po box 6492, Carol Stream IL 60197-6492 |
| 63628598 | + EDI: JPMORGANCHASE | Jul 16 2026 02:18:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington DE 19850-5299 |
| 63628599 | + EDI: CITICORP | Jul 16 2026 02:18:00 | Citi Bank, PO Box 9001037, Louisville KY 40290-1037 |
| 63628600 | + EDI: WFNNB.COM | Jul 16 2026 02:18:00 | Comenity Bank, Po Box 182125, Columbus OH 43218-2125 |
| 63628601 | + EDI: WFNNB.COM | Jul 16 2026 02:18:00 | Comenity/Ulta, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 63628603 | EDI: IRS.COM | Jul 16 2026 02:18:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 63628604 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2026 22:45:47 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 1269, Greenville SC 29602-1269 |
| 63628605 | + Email/Text: cc-bklitigation@messerlikramer.com | Jul 15 2026 22:28:00 | Messerli & Kramer, 3033 Campus Dr, Ste 250, Minneapolis MN 55441-2685 |
| 63628606 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 15 2026 22:29:00 | Midland Credit Mgmt, Attn:Bankruptcy, Po Box 939069, San Diego CA 92193-9069 |
| 63628607 | EDI: MINNDEPREV.COM | Jul 16 2026 02:18:00 | Minnesota Department of Revenu, 600 N Robert |

| | | | | St, Saint Paul MN 55101 |
| --- | --- | --- | --- | --- |
| 63628608 | EDI: PRA.COM | | Jul 16 2026 02:18:00 | Portfolio Recovery Associates, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk VA 23502 |
| 63628610 | + EDI: SYNC | | Jul 16 2026 02:18:00 | Synchrony Bank, PO Box 71725, Philadelphia PA 19176-1725 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| J. Richard Stermer | rstermer@stermerlaw.com  mn21@ecfcbis.com |
| Tim Theisen | on behalf of Debtor 1 Loreen Ann Lindsey admin@theisenlaw.com  theisenlawoffice@gmail.com;admin@theisenlaw.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 3